IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02272-WYD-KMT

AURORA LOAN SERVICES LLC, formerly known as Aurora Loan Services, Inc.

     Plaintiff,

v.

SCME MORTGAGE BANKERS, INC.

     Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion for Leave to Appear Telephonically at the June 17, 2008 Settlement Conference" (#39, filed May 30, 2008) is DENIED. Attendance at the settlement conference by party representatives with full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement is mandatory. Attendance by counsel alone is insufficient. However, the settlement conference currently set for June 17, 2008 is **VACATED**. Counsel are directed to place a conference call to chambers at (303) 335-2780 on or before June 10, 2008 to reschedule the settlement conference.

Dated: June 3, 2008