IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-02272-WYD-KMT | FTR |
| **Date:** September 16, 2008 | Debra Brown, Deputy Clerk |
| Aurora Loan Services LLC | Jason M. Lynch |
| | Malia S. Arrington |
| Plaintiff, | |
| v. | |
| SCME Mortgage Bankers, Inc. | Heather K. Kelly |
| Defendant. | |
| Receiver, Corporate Management, Inc. | Michael Breslauer |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in Session: 8:50 a.m.**

Court calls case. Appearance by Counsel.

Discussion by the Court and Counsel regarding the status of the case and that the Defendant has now had its assets assigned for the benefit of Creditors to Corporate Management, Inc.

**ORDERED:** [66] Unopposed MOTION to Strike [9] Answer to Amended Complaint by Defendant is **GRANTED** and the Answer [#9] is **STRICKEN.**

**ORDERED:** [44] Plaintiff's MOTION to Compel Discovery Responses is **DENIED as moot.**

**ORDERED:** [58] The MOTION to Withdraw as Attorney filed by Heather Kelly, Counsel for Defendant, SCME Mortgage Bankers, Inc. is **GRANTED.**

Discussion by the Court and Counsel regarding the remaining pending motion re: Partial MOTION for Summary Judgment by Plaintiff.

**ORDERED:** Plaintiff's oral motion to withdraw [29] Partial Motion for Summary Judgment is **GRANTED** and document [29] Partial MOTION for Summary Judgment by Plaintiff is **WITHDRAWN.**

**ORDERED:** Plaintiff will file an uncontested Motion for Entry of Default on or before September 17, 2008

**Court in recess: 8:57 a.m.**
Total In-Court Time 0:07; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.