**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | April 9, 2009 |
| E.C.R./Reporter: | Therese Lindblom | | |

Civil Action No: **07-cv-02272-WYD-KMT**          Counsel:

**AURORA LOAN SERVICES, LLC**,                    Matthew D. Spohn

       Plaintiff,

v.

**SCME MORTGAGE BANKERS, INC.**,                 No Appearance

       Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**9:32 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiff's Motion for Entry of Default Judgment Under F.R.Civ.P. 55(b)(2) [doc. #72], filed December 5, 2008, is raised for argument.

9:34 a.m.   Argument by Plaintiff (Mr. Spohn).

**ORDERED:**   Plaintiff's Motion for Entry of Default Judgment Under F.R.Civ.P. 55(b)(2) [doc. #72], filed December 5, 2008, is **GRANTED.**

**9:55 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:23**